UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD M. O'DONNELL,

    Plaintiff,

        v.

UNITED STATES OF AMERICA,
INTERNAL REVENUE SERVICE and
VICTOR R. PAGAN,

    Defendants.

Case No. 12-cv-1134-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the Court's November 25, 2013, order for plaintiff Richard M. O'Donnell to show cause why the Court should not dismiss this case without prejudice for failure to timely effect service of process (Doc. 17).  The Court warned O'Donnell that the failure to respond in a timely manner to the order to show cause would result in dismissal of this action without prejudice.  O'Donnell did not respond to the order to show cause.  Accordingly, as it warned it would do, the Court **DISMISSES** this action **without prejudice** pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve process and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: January 21, 2014**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**